UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80715-CIV-RYSKAMP/VITUNAC

MARC RUBIN,

        Plaintiff,

v.

SERVICE CORPORATION
INTERNATIONAL, a Texas corporation,
and ALDERWOODS GROUP, INC., a
Delaware corporation,

        Defendants.
_____/

## FINAL JUDGMENT

The Court, having granting defendant SCI's motion to dismiss in favor of SCI and against plaintiff, it is hereby

ORDERED AND ADJUDGED that FINAL JUDGMENT IS HEREBY ENTERED in favor of SCI and against plaintiff. The litigation will proceed concerning the allegations against Alderwoods.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 20 day of March, 2008.

                                              /s/ Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record